MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Blue Cross Blue Shield of Michigan,

        Plaintiff(s),

v.

Bond Pharmacy, Inc., d/b/a
Advanced Infusion Solutions

        Defendant(s).

_____/

Case No.   2:21-cv-10076-DPH-KGA

Judge   Hon. Denise Paige Hood

Magistrate Judge Kimberly G. Altman

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, <u>Bond Pharmacy, Inc., d/b/a Advanced Infusion Solutions</u>

[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1.     Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

     Yes ❏        No ☒

     If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

     Parent Corporation/Affiliate Name: _____
     Relationship with Named Party: _____

2.     Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

     Yes ❏        No ☒

     If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

     Parent Corporation/Affiliate Name: _____
     Nature of Financial Interest: _____

Date: _____April 12, 2024_____

/s/ Larry R Jensen
Signature
P60317
Bar No.
101 W. Big Beaver Rd., Suite 745
Street Address
Troy, MI 48084
City, State, Zip Code
248-457-7850
Telephone Number
ljensen@hallrender.com
Primary Email Address