**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

BLUE CROSS BLUE SHIELD OF
MICHIGAN,

    Plaintiff,

v.

BOND PHARMACY, INC.,

    Defendant.
_____/

CIVIL ACTION NO.: 21-10076

HON. DENISE PAGE HOOD

## SCHEDULING ORDER

This case, having come before the Court pursuant to Rule 16(b)(1)(A) of the Federal Rules of Civil Procedure or Rule 16(b)(1)(B) status conference, the Court **ORDERS** the following schedule controlling the progress of this case:

**Initial Disclosures** must be exchanged by:      June 28, 2024

**Amendments to Pleadings or Joinder of Parties**
    must be filed by:      By motion

**Initial Fact Witness List** must be exchanged by:      December 6, 2024

**Fact Discovery** must be completed by:      March 14, 2025

**Expert Discovery:**
Expert Witness Disclosures must be served by:      April 18, 2025
Rebuttal Expert Witness Disclosures must be
    served by:      May 16, 2025
**Expert Discovery** must be completed by:      June 20, 2025

**Alternative Dispute Resolution** referrals may be ordered under Local Rules 16.3 to 16.7.  The parties may contact the Court *no later than the discovery deadline* for referral under any of the ADR procedures.  The Scheduling Order continues to govern the case during the ADR process.  See Local Rule 16.3(g).

**Referrals to the Magistrate Judge:** _____

**Motions (other than trial motions in limine)**
    **must be filed by:**                                                                     June 20, 2025
    Motion practice is governed by Local Rule 7.1 and Appendix CM/ECF.

**Final Pretrial Conference:**
1) A proposed *Joint* **Final Pretrial Order (governed by Local Rule 16.2)** must be submitted by and trial motions in limine must be filed by:                                        September 29, 2025
2) The **final pretrial conference** is set for:     October 7, 2025, 2:00 pm
3) Your client(s) or representative with full settlement authority **must** be present at the above conference.

**Trial** (Jury___ or Bench _X_ ) is set for:                    October 28, 2025, 9:30 am
    No. of Days: 5-7
1) The parties must exchange exhibits listed in the JFPTO prior to trial. Exhibits and witnesses not listed in the JFPTO will not be presented at trial.
2) The parties must confer on proposed jury instructions prior to trial and submit one joint agreed to jury instructions on the first day of trial.

**Other Requirements**:
1) The Local Rules/Appendix ECF (**www.mied.uscourts.gov** or the Clerk's Office for pro se litigants) and Federal Rules of Civil Procedures govern.
2) Submissions of proposed Orders are governed by Local Rules 5.2, 58.1 and Appendix CM/ECF.
3) A schedule may be modified only for good cause by leave of Court either through a Stipulation and Order submitted by the parties or, if no concurrence, by Motion. Fed. R. Civ. P. 16(b)(4); Local Rule 40.2.
4) Motions to seal documents used to support a motion, response, or reply or other matter on the record, must comply with Local Rule 5.3.

**Additional Matters:**    **The parties' Rule 26(f) report is adopted, except as noted.**

                                                   s/Denise Page Hood
                                                   Denise Page Hood
                                                   United States District Judge

Dated:   June 13, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 13, 2024, by electronic and/or ordinary mail.

                                                   s/LaShawn R. Saulsberry
                                                   Case Manager