UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BLUE CROSS BLUE SHIELD OF MICHIGAN,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>BOND PHARMACY, INC. d/b/a ADVANCED INFUSION SOLUTIONS,<br><br>    Defendant/Counter-Plaintiff. | Case No. 21-cv-10076<br><br>Hon. Denise Page Hood<br><br>Magistrate Judge<br><br>Kimberly G. Altman |

| | |
|---|---|
| Scott R. Knapp (P61041)<br>Nolan J. Moody (P77959)<br>DICKINSON WRIGHT PLLC<br>*Attorneys for BCBSM*<br>123 W. Allegan Street, Suite 900<br>Lansing, MI 48933-1739<br>(517) 371-1730<br>sknapp@dickinsonwright.com<br>nmoody@dickinsonwright.com | Paul Werner<br>Imad Matini<br>Amanda Witt<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>*Attorneys for Bond Pharmacy Inc.*<br>2099 Pennsylvania Ave. NW, Ste. 100<br>Washington, D.C. 20006<br>(202) 747-1931<br>pwerner@sheppardmullin.com<br>imatini@sheppardmullin.com<br>awitt@sheppardmullin.com<br><br>Larry R. Jensen (P60317)<br>Kathryn E. Jones (P75431)<br>HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.<br>*Attorneys for Bond Pharmacy Inc.*<br>101 W. Big Beaver Road, Suite 745<br>Troy, MI 48084<br>(248) 740-7505<br>ljensenhallrender.com<br>kejones@hallrender.com |

**<u>PROOF OF SERVICE</u>**

The undersigned hereby certifies that on the December 6, 2024, he caused to be served a copy of Plaintiff/Counter Defendant Blue Cross Blue Shield of Michigan's Initial Witness List Pursuant to ECF No. 52 and this Proof of Service on the following via email only:

Paul Werner
Imad Matini
Amanda Witt
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Ave. NW, Ste. 100
Washington, D.C. 20006
pwerner@sheppardmullin.com
imatini@sheppardmullin.com
awitt@sheppardmullin.com

and

Larry R. Jensen
Kathryn E. Jones
HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
101 W. Big Beaver Road, Suite 745
Troy, MI 48084
ljensenhallrender.com
kejones@hallrender.com

I declare that the above statement is true to the best of my information, knowledge and belief.

                                                      */s/ Nolan J. Moody*
                                                      Nolan J. Moody (P77959)

Dated: December 6, 2024