IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

BLUE CROSS BLUE SHIELD OF
MICHIGAN,

    *Plaintiff-Counter Defendant,*                  Case No. 21-cv-10076

v.                                                               Hon. Denise Page Hood

BOND PHARMACY, INC. d/b/a
ADVANCED INFUSION SOLUTIONS,

    *Defendant-Counterclaimant.*
_____/

## **APPEARANCE OF HANNAH J. WIGGER**

PLEASE TAKE NOTICE that Hannah J. Wigger of the law firm Sheppard, Mullin, Richter & Hampton LLP, hereby enters her Appearance as counsel for the Defendant-Counterclaimant, Bond Pharmacy, Inc. d/b/a Advanced Infusion Solutions, in the above-referenced matter.

                                        SHEPPARD, MULLIN, RICHTER &
                                        HAMPTON LLP

                                        By: */s/ Hannah J. Wigger*
                                              Hannah J. Wigger
                                        Attorney for Defendant-Counterclaimant
                                        2099 Pennsylvania Avenue N.W.
                                        Suite 100
                                        Washington, DC 20006
                                        hwigger@sheppardmullin.com

DATED:     March 11, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2025, the foregoing was electronically filed with the Clerk of the Court using the ECF system, which served notice of the filing upon all counsel of record.

> By: */s/ Hannah J. Wigger*
>      Hannah J. Wigger
> Attorney for Defendant-Counterclaimant
> 2099 Pennsylvania Avenue N.W.
> Suite 100
> Washington, DC 20006
> hwigger@sheppardmullin.com